49400/221337 (BDB)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| P & G CONSTRUCTION CONSULTANTS, LLC, as assignee,<br><br>    Plaintiff,<br><br>v.<br><br>STATE FARM INSURANCE COMPANY,<br><br>    Defendant. | Docket No. 1:22-cv-1151<br><br>**JURY DEMANDED** |

## NOTICE OF REMOVAL

Defendant State Farm Insurance Company (hereinafter "Defendant") submits this Notice of Removal and notifies the Judges of the United States District Court for the Western District of Tennessee; Amanda Brown, the Clerk of the Circuit Court of Gibson County, Tennessee, at Humboldt; and Plaintiff that this action, which was filed in the Circuit Court of Gibson County, Tennessee, at Humboldt, under Docket No. H-4233, is removed to the United States District Court for the Western District of Tennessee, Eastern Division.

1.   On May 20, 2022, Plaintiff filed a civil action bearing docket number H-4233 against Defendant in the Circuit Court of Gibson County, Tennessee, at Humboldt. Plaintiff seeks damages against Defendant for the alleged breach of an insurance contract with regard to a certain hail and wind damage claim allegedly occurring in Gibson County, Tennessee on or about May 4, 2020.

2.   According to Plaintiff's Complaint (included in attached **Exhibit 1**), Plaintiff is a Limited Liability Corporation with its principal place of business located in Tennessee. Also according to Plaintiff's Complaint, and correctly stated therein, Defendant is an Illinois corporation with its principal place of business located in Bloomington, Illinois.

49400/221337 (BDB)

      3.      Defendant was served with process in this case via the Tennessee Department of Commerce and Insurance on June 23, 2022.  (**Ex. 1**).

      4.      This action is removable to this Court pursuant to 28 U.S.C. § 1332(a)(1) as it is a civil action between citizens of different states and the amount in controversy exceeds the sum or value of $75,000.00.

      5.      Copies of the Summons, Complaint, and Return of Service, which are all the "process, pleadings, and orders" served upon Defendant in this action, are attached hereto as **Exhibit 1**, in accordance with 28 U.S.C. § 1446(a).

      6.      A Notice of Filing Notice of Removal is being filed with the Circuit Court of Gibson County, Tennessee, at Humboldt.  A copy of such Notice is attached hereto as **Exhibit 2**.

      7.      A Civil Cover Sheet is attached hereto as **Exhibit 3**.

WHEREFORE, DEFENDANT requests that this action, now pending in the Circuit Court of Gibson County, Tennessee, at Humboldt, Docket No. H-4233, be removed to the United States District Court for the Western District of Tennessee, Eastern Division, as set forth herein.

      Respectfully submitted,

      RAINEY, KIZER, REVIERE & BELL, P.L.C.

      By:    s/ Michael L. Mansfield
           BRADFORD D. BOX, BPR #016596
           MICHAEL L. MANSFIELD, BPR #18781
           *Attorneys for Defendant*
           209 East Main Street
           P. O. Box 1147
           Jackson, TN  38302-1147
           (731) 423-2414
           bbox@raineykizer.com
           mmansfield@raineykizer.com

49400/221337 (BDB)

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of this pleading or document was served upon the following counsel by mailing postage prepaid or by delivery to the person or office of such counsel.

Toby Gammill
GAMMILL LAW GROUP
1911 Dunbarton Drive
Jackson, MS 39216
toby@gammill-law.com
*Attorney for Plaintiff*

This the 14th day of July, 2022.

                                                                         s/ Michael L. Mansfield