UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE EASTERN DIVISION

---

P & G CONSTRUCTION
CONSULTANTS, LLC as Assignee,

    Plaintiff,

v.                                                                                    No. 1:22–cv–01151–JDB–jay

STATE FARM INSURANCE COMPANY,

Defendant.

---

IT IS ORDERED AND ADJUDGED that in accordance with the STIPULATION OF DISMISSAL WITHOUT PREJUDICE entered April 3, 2023, this cause is hereby DISMISSED without prejudice.

                                                APPROVED:

                                                s/ J. DANIEL BREEN
                                                UNITED STATES DISTRICT JUDGE

                                                DATE: April 4, 2023

WENDY R. OLIVER
Clerk of Court

                                                s/Blair Moore
                                                (By)    Deputy Clerk